Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–13193–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Morales
   294 Route 284
   Sussex, NJ 07461

Social Security No.:
   xxx–xx–2843

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

294 Route 284, Sussex, NJ

Dated: June 15, 2022
JAN: sjp

Jeanne Naughton
Clerk